AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

US
v.
JARED KNOWLTON

APPEARANCE

Case Number: 04-1809-CBS

filed in open court 6/30/04 /s/ CBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for JARED KNOWLTON FOR INITIAL APPEARANCE/DETENTION

I certify that I am admitted to practice in this court.

Date: 6/30/04

Signature: /s/ M.F. Natola

Print Name: MICHAEL F. NATOLA    Bar Number: 367580

Address: 240 COMMERCIAL ST, SUITE 2B

City: BOSTON   State: MA   Zip Code: 02109

Phone Number: 617:367-8844   Fax Number: 617:523-5153

E-MAIL - LAZSLO999@AOL.COM