AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

JARED C. KNOWLTON

**WARRANT FOR ARREST**

CASE NUMBER: 04-1809-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Jared C. Knowlton _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute, and distribution of, oxycodone, a Schedule II controlled substance

in violation of
Title _____ 21 _____ United States Code, Section(s) 846 and 841(a)(1)

Charles B Swartwood, III
Name of Issuing Officer

US Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

06-29-2004    Boston, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY DEA
Y ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 6-30-04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Jared C. Knowlton

ALIAS:

LAST KNOWN RESIDENCE: 11 Tolman Ave., Gloucester, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year): 00-00-1974

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 1719

HEIGHT: 5'8"    WEIGHT:

SEX: M    RACE:

HAIR:    EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: Drug Enforcement Administration

15 New Sudbury Street

Boston, MA