kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

9.  The defendant GUISEPPE TORRENTE is accountable for
a quantity of oxycodone that, when converted to marijuana as
provided by USSG §2D1.1 (drug equivalency table), is equivalent
to at least 3,000 kilograms of marijuana but less than 10,000
kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

10.  The defendant JARED KNOWLTON is accountable for
a quantity of oxycodone that, when converted to marijuana as
provided by USSG §2D1.1 (drug equivalency table), is equivalent
to at least 3,000 kilograms of marijuana but less than 10,000
kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

11.  The defendant ARCHIBALD MACLEOD is accountable for
a quantity of oxycodone that, when converted to marijuana as
provided by USSG §2D1.1 (drug equivalency table), is equivalent
to at least 3,000 kilograms of marijuana but less than 10,000
kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

12.  The defendant JONATHAN MITCHELL is accountable for
a quantity of oxycodone that, when converted to marijuana as
provided by USSG §2D1.1 (drug equivalency table), is equivalent
to at least 3,000 kilograms of marijuana but less than 10,000

kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

    13.  The defendant JAMES GARDNER is accountable for
a quantity of oxycodone that, when converted to marijuana as
provided by USSG §2D1.1 (drug equivalency table), is equivalent
to at least 3,000 kilograms of marijuana but less than 10,000
kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

DAVID G. TOBIN
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; September 22, 2004.

Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK
9/22/04
@ 12:25pm

JS 45 (5/97) - (Revised USAO MA 1/15/04)

04 CR 10288 NG

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** Gloucester **Category No.** II **Investigating Agency** DEA

**City** Gloucester

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number 04-MJ-01809-CBS
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Espinola, Carlos Juvenile ☐ Yes ☒ No

Alias Name ______

Address 63 Endicott Street, Peabody, Massachusetts

Birth date (Year only): 1977 SSN (last 4 #): 3506 Sex M Race: W Nationality: ______

**Defense Counsel if known:** Bradford E. Keene **Address:** 220 Broadway, Suite 402, Lynnfield, MA 01940

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** David G. Tobin **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No **List language and/or dialect:** ______

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☐ **Regular Process** ☒ **In Custody**

**Location Status:**

**Arrest Date:** 06/30/04

☒ **Already in Federal Custody as** of 06/30/04 **in** Boston, MA.
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release: Ordered by** ______ **on** ______

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** 1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 09/22/04 **Signature of AUSA:** ______

**District Court Case Number (To be filled in by deputy clerk):** ____________________

**Name of Defendant** Espinola, Carlos

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Consp. to Possess w/ Int. to Dist., and to Dist.,Oxycodone | 1 |
| Set 2 | 21 U.S.C. § 853 | Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** 04 CR 10288 NG **U.S. District Court - District of Massachusetts**

**Place of Offense:** Peabody **Category No.** II **Investigating Agency** DEA

**City** Peabody

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number 04-MJ-01809-CBS
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Jose F. Melo Juvenile ☐ Yes ☒ No

Alias Name Jose Mello

Address 20 Tracey Street, Apt. 1, Peabody, MA

Birth date (Year only): 1976 SSN (last 4 #): 3506 Sex M Race: W Nationality: ______

**Defense Counsel if known:** Stephen Neyman **Address:** 160 State Street, 8th Floor, Boston, MA 01209

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** David G. Tobin **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No **List language and/or dialect:** ______

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☐ **Regular Process** ☒ **In Custody**

**Location Status:**

**Arrest Date:** 06/30/04

☒ **Already in Federal Custody as** of 06/30/04 **in** Boston, MA.
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release: Ordered by** ______ **on** ______

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** 3

**Continue on Page 2 for Entry of U.S.C. Citations**

☐ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 09/22/04 **Signature of AUSA:** ______

District Court Case Number (To be filled in by deputy clerk): ______

Name of Defendant Jose F. Melo

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. Dist, and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding/Abetting | 16 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding/Abetting | 17 |
| Set 4 | 21 USC § 853 | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: ______

JS 45 (5/97) - (Revised USAO MA 1/15/04)

04 CR 10288 RWZ

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** Gloucester **Category No.** II **Investigating Agency** DEA

**City** Gloucester

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number 04-MJ-01809-CBS
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Joseph Baldassano Juvenile ☐ Yes ☒ No

Alias Name ______

Address 220 Washington Street, Gloucester, MA

Birth date (Year only): 1981 SSN (last 4 #): 9858 Sex M Race: W Nationality: ______

**Defense Counsel if known:** Elliot M. Weinstein **Address:** 228 Lewis Wharf, Boston, MA 02110

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** David G. Tobin **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No **List language and/or dialect:** ______

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☐ **Regular Process** ☒ **In Custody**

**Location Status:**

**Arrest Date:** 06/30/04

☒ **Already in Federal Custody as** **of 06/30/04** **in** Boston, MA.
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** ______ **on** ______

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** **4**

**Continue on Page 2 for Entry of U.S.C. Citations**

☐ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** **09/22/04** **Signature of AUSA:** ______

**District Court Case Number (To be filled in by deputy clerk):** ______

**Name of Defendant** Joseph Baldassano

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Dist. Oxycodone + Aiding and Abetting | 5 |
| Set 3 | 21 USC § 841(a)(1) | Dist. Oxycodone + Aiding and Abetting | 16 |
| Set 4 | 21 USC § 841(a)(1) | Dist. Oxycodone + Aiding and Abetting | 17 |
| Set 5 | 21 USC § 853 | Forfeiture Allegation | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ______

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** 04 CR 10288 RWZ **U.S. District Court - District of Massachusetts**

**Place of Offense:** Gloucester **Category No.** II **Investigating Agency** DEA

**City** Gloucester

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number 04-MJ-01809-CBS
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Matthew Cream Juvenile ☐ Yes ☒ No

Alias Name ______

Address 16 Harrison Avenue, Gloucester, MA

Birth date (Year only): 1981 SSN (last 4 #): 7776 Sex M Race: W Nationality: ______

**Defense Counsel if known:** Bruce G. Linson **Address:** 220 Commercial Street Boston, MA 02109

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** **David G. Tobin** **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No **List language and/or dialect:** ______

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☒ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** 07/02/04

☐ **Already in Federal Custody as** ______ **in** ______.
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release: Ordered by** CBS **on** 07/23/04

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** 3

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 09/22/04 **Signature of AUSA:** ______

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** 04 CR 10288 NG **U.S. District Court - District of Massachusetts**

**Place of Offense:** Gloucester **Category No.** II **Investigating Agency** DEA

**City** Gloucester

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number 04-MJ-01809-CBS
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Jason Matthews Juvenile ☐ Yes ☒ No

Alias Name ______

Address 57 Prospect Street, Apt. 1, Gloucester, MA

Birth date (Year only): 1980 SSN (last 4 #): 4102 Sex M Race: W Nationality: ______

**Defense Counsel if known:** Richard M. Welsh **Address:** 80 Worcester Street, Suite 5
North Grafton, MA 01536

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** David G. Tobin **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No **List language and/or dialect:** ______

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☒ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** 07/02/04

☐ **Already in Federal Custody as** ______ **in** ______ .
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release: Ordered by** CBS **on** 07/12/04

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** 1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 09/22/04 **Signature of AUSA:**

**District Court Case Number (To be filled in by deputy clerk):** ____________

**Name of Defendant** Jason Matthews

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 853 | Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ____________

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** 04 CR 10288 NG **U.S. District Court - District of Massachusetts**

**Place of Offense:** Gloucester **Category No.** II **Investigating Agency** DEA

**City** Gloucester

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number 04-MJ-01809-CBS
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Joseph Allen Juvenile ☐ Yes ☒ No

Alias Name ______

Address 8 Reservoir Road, Gloucester, MA

Birth date (Year only): 1978 SSN (last 4 #): 2491 Sex M Race: W Nationality: ______

**Defense Counsel if known:** James L. Sultan **Address:** 1 Commercial Wharf North, Boston, MA 02110

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** David G. Tobin **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No **List language and/or dialect:** ______

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☒ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** 07/02/04

☐ **Already in Federal Custody as** ______ **in** ______.
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release: Ordered by** RWZ **on** 08/09/04

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** 3

**Continue on Page 2 for Entry of U.S.C. Citations**

☐ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 09/22/04 **Signature of AUSA:** ______

**District Court Case Number (To be filled in by deputy clerk):** ______________________

**Name of Defendant** Joseph Allen

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 16 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 17 |
| Set 4 | 21 USC § 853 | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ______________________

JS 45 (5/97) - (Revised USAO MA 1/15/04) 04 CR 10288 NG

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** Gloucester **Category No.** II **Investigating Agency** DEA

**City** Gloucester **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number 04-MJ-01809-CBS
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Keith Behsman Juvenile ☐ Yes ☒ No

Alias Name ______

Address 40 Sarah Avenue, Lowell, Massachusetts

Birth date (Year only): 1978 SSN (last 4 #): 4464 Sex M Race: B Nationality: ______

**Defense Counsel if known:** Michael C. Bourbeau **Address:** 21 Union Street
Boston, MA 02108

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** David G. Tobin **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No **List language and/or dialect:** ______

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☐ **Regular Process** ☒ **In Custody**

**Location Status:**

**Arrest Date:** 06/30/04

☒ **Already in Federal Custody as** of 06/30/04 **in** Boston, MA .
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release: Ordered by** ______ **on** ______

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** 9

**Continue on Page 2 for Entry of U.S.C. Citations**

☐ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 09/22/04 **Signature of AUSA:** ______

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** ____________

**Name of Defendant** Keith Behsman

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 2 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 3 |
| Set 4 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 4 |
| Set 5 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 5 |
| Set 6 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 6 |
| Set 7 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 7 |
| Set 8 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 8 |
| Set 9 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 10 |
| Set 10 | 21 USC § 853 | Forfeiture Allegation | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ____________

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** 04 CR 10288 RWZ **U.S. District Court - District of Massachusetts**

**Place of Offense:** Peabody **Category No.** II **Investigating Agency** DEA

**City** Peabody

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number 04-MJ-01809-CBS
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Jonathan Mitchell Juvenile ☐ Yes ☒ No

Alias Name ______

Address 5 Exchange Street, Gloucester, MA

Birth date (Year only): 1979 SSN (last 4 #): 7923 Sex M Race: W Nationality: ______

**Defense Counsel if known:** Edward J. O'Reilly **Address:** 46 Middle Street, 2nd Floor, Gloucester, MA 01930

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** David G. Tobin **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No **List language and/or dialect:** ______

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☒ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** 06/30/04

☐ **Already in Federal Custody as** ______ **in** ______.
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release: Ordered by** CBS **on** 07/02/04

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** 3

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 09/22/04 **Signature of AUSA:** ______

**District Court Case Number (To be filled in by deputy clerk):** ______________________

**Name of Defendant** Jonathan Mitchell

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 5 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 7 |
| Set 4 | 21 USC 853 | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04) 04 CR 10288 NG

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** Gloucester **Category No.** II **Investigating Agency** DEA

**City** Gloucester **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number 04-MJ-01809-CBS
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name James R. Gardner Juvenile ☐ Yes ☒ No

Alias Name ______

Address 14 Centennial Avenue, Apartment 1, Gloucester, MA

Birth date (Year only): 1978 SSN (last 4 #): 7752 Sex M Race: W Nationality: ______

**Defense Counsel if known:** Theodore W. Beauparlant **Address:** 166 Kenoza Avenue, Haverhill, MA 01830

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** David G. Tobin **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No **List language and/or dialect:** ______

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☒ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** 06/30/04

☐ **Already in Federal Custody as** ______ **in** ______.
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release: Ordered by** CBS **on** 07/02/04

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** 2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 09/22/04 **Signature of AUSA:** ______

**District Court Case Number (To be filled in by deputy clerk):** ______________________

**Name of Defendant** James R. Gardner

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 8 |
| Set 3 | 21 USC 853 | Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ______________________

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** 04 CR 10288 NG **U.S. District Court - District of Massachusetts**

**Place of Offense:** Gloucester **Category No.** II **Investigating Agency** DEA

**City** Gloucester

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number 04-MJ-01809-CBS
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Philip R. Albert, Jr. Juvenile ☐ Yes ☒ No

Alias Name ______

Address 10 Babson Street, Gloucester, MA

Birth date (Year only): 1977 SSN (last 4 #): 8899 Sex M Race: W Nationality: ______

**Defense Counsel if known:** John Andrews & Marc Salinas **Address:** 70 Washington Street, Suite 211, Salem, MA 01970

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** David G. Tobin **Bar Number if applicable** 552558

**Interpreter:** ☐ **Yes** ☒ **No** **List language and/or dialect:** ______

**Matter to be SEALED:** ☐ **Yes** ☒ **No**

☐ **Warrant Requested** ☒ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** 06/30/04

☐ **Already in Federal Custody as** ______ **in** ______ .
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release: Ordered by** CBS **on** 07/02/04

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** 2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 09/22/04 **Signature of AUSA:** ______

**District Court Case Number (To be filled in by deputy clerk):** ______________________

**Name of Defendant** Philip R. Albert, Jr.

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 4 |
| Set 3 | 21 USC 853 | Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ______________________

JS 45 (5/97) - (Revised USAO MA 1/15/04) 04 CR 10288NG

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** Peabody **Category No.** II **Investigating Agency** DEA

**City** Peabody **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number 04-MJ-01809-CBS
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Jared Knowlton Juvenile ☐ Yes ☒ No

Alias Name ______

Address 11 Tolman Avenue, Gloucester, MA

Birth date (Year only): 1974 SSN (last 4 #): 1719 Sex M Race: ______ Nationality: ______

**Defense Counsel if known:** Michael F. Natola **Address:** 240 Commercial Street, Suite 2B Boston, MA 02109

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** David G. Tobin **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No **List language and/or dialect:** ______

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☒ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** 06/30/04

☐ **Already in Federal Custody as** ______ **in** ______ .
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release: Ordered by** CBS **on** 07/02/04

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** 2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 09/22/04 **Signature of AUSA:** ______

**District Court Case Number (To be filled in by deputy clerk):** ______________

**Name of Defendant** Jared Knowlton

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 6 |
| Set 3 | 21 USC 853 | Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04) 04CR 10288 RWZ

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** Gloucester **Category No.** II **Investigating Agency** DEA

**City** Gloucester

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number 04-MJ-01809-CBS
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Archibald MacLeod Juvenile ☐ Yes ☐ No

Alias Name ______

Address 124-Rear Centennial Avenue, Gloucester, MA

Birth date (Year only): ____ SSN (last 4 #): ____ Sex __ Race: ______ Nationality: ______

**Defense Counsel if known:** Roger Witkin **Address:** 6 Beacon Street, Suite 1010
Boston, MA 02108

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** David G. Tobin **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No **List language and/or dialect:** ______

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☒ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** 07/12/04

☐ **Already in Federal Custody as** ______ **in** ______.
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release: Ordered by** CBS **on** 07/12/04

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ____ ☐ **Misdemeanor** ____ ☒ **Felony** 5

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 09/22/04 **Signature of AUSA:** ______

**District Court Case Number (To be filled in by deputy clerk):** ____________________

**Name of Defendant** Archibald MacLeod

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 9 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 13 |
| Set 4 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 14 |
| Set 5 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 15 |
| Set 6 | 21 USC § 853 | Forfeiture Allegation | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04) 04 CR 10288 NG

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** Gloucester **Category No.** 2 **Investigating Agency** DEA

**City** Gloucester **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. ____ Case No. ____
Same Defendant ____ New Defendant ____
Magistrate Judge Case Number 04-MJ-01809-CBS
Search Warrant Case Number ____
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name Giuseppe S. Torrente Juvenile ☐ Yes ☒ No

Alias Name Joseph Torrente

Address 9 Fleetwood Drive, Gloucester, MA

Birth date (Year only): 1980 SSN (last 4 #): 9986 Sex M Race: W Nationality: ____

**Defense Counsel if known:** Stephen D. Judge **Address:** 23 Central Avenue #605
Lynn, MA 01901

**Bar Number:** ____

**U.S. Attorney Information:**

**AUSA** David G. Tobin **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No **List language and/or dialect:** ____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☒ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** 07/15/04

☐ **Already in Federal Custody as** ____ **in** ____.
☐ **Already in State Custody** ____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release: Ordered by** CBS **on** 07/15/04

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ____ ☐ **Misdemeanor** ____ ☒ **Felony** 3

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 09/22/04 **Signature of AUSA:** ____

**District Court Case Number (To be filled in by deputy clerk):** ____________

**Name of Defendant** Giuseppe S. Torrente

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 11 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 12 |
| Set 4 | 21 USC § 853 | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ____________