

*U.S. Department of Justice*

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*          *United States Courthouse, Suite 9200*
                                          *1 Courthouse Way*
                                          *Boston, Massachusetts  02210*

February 22, 2005

**by facsimile**
Michael F. Natola, Esq.
McBride & Natola
240 Commercial street
Suite 2B
Boston, MA 02109

    Re:   **United States v. Jared Knowlton**
            **Criminal No. 04-10288-RWZ**

Dear Mr. Natola:

    This letter is in response to your discovery letter dated November 9, 2004. The below numbered and lettered paragraphs correspond to the paragraphs in your letter.

    A. Statements of the Defendant

    Pursuant to Local Rule 116.1(C)(1)(a), the United States provided the defense with statements made by the defendant, which are subject to disclosure, on November 26, 2004, as part of Automatic Discovery. Please be advised that Local Rule 116.3(D) expressly prohibits a defendant participating in automatic discovery from requesting information required to be produced by the United States under Local Rule 116.1.

    B. Statements of Co-defendants and Co-Conspirators

    The United States will provide the defense, to the extent required by the Federal Rules of Evidence, the Federal Rules of Criminal Procedure, the Local Rules, and applicable case law, all statements made by any co-defendant or co-conspirator which the government intends to offer into evidence at trial under Federal Rule of Evidence 801(d)(2)(E).

C. <u>Disclosure of "Bad Acts"</u>

Pursuant to Local Rule 117.1(A)(4)(b), the United States will provide the defense with a general description of any crime, wrong, or act the government proposes to offer pursuant to Fed. R. Evid. 404(b) twenty-one days before trial.

D. <u>Inspection of Physical Evidence</u>

The defense may inspect all real evidence in the possession of the United States by contacting the undersigned to arrange a date, time, and location.

E. <u>Notice of Intent to Use Evidence</u>

Pursuant to Local Rule 117.1(A)(8)(b), the United States will provide the defendant and the Court with a list of exhibits it intends to introduce into evidence at trial.

F. <u>Designation of Monitored Communications</u>

The United States declines to provide the information sought by the defense. The United States has made all recorded conversations pertaining to this case available to the defense. The United States reserves the right to introduce into evidence any or all of the relevant recorded communications.

G. <u>Exculpatory Evidence</u>

The United States will fulfill its discovery obligations pursuant to all controlling case law, the Federal Rules of Evidence, the Federal Rules of Criminal Procedure, and the Local Rules. The United States is not currently aware of any undisclosed exculpatory evidence. The United States declines to provide any requested information that exceeds the requirements of controlling case law and authority. The United States acknowledges its continuing obligation to disclose exculpatory evidence.

H. <u>Disclosure of Impeaching Information</u>

The United States will fulfill its obligations to disclose impeaching information pursuant to all controlling case law, the Federal Rules of Evidence, the Federal Rules of Criminal Procedure, and the Local Rules. The United States declines to provide any requested information that exceeds the requirements of controlling case law and authority. The United States acknowledges its continuing obligation to disclose such evidence.

I. <u>Disclosure of Statements</u>

The United States will meet its requirements relevant to the preservation of statements.

Please let me know if you believe there are any outstanding discovery issues.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                            By:  <u>*/s/ David G. Tobin*</u>
                                    DAVID G. TOBIN
                                    Assistant U.S. Attorney
                                    U.S. Attorney's Office
                                    John Joseph Moakley
                                    United States Courthouse
                                    1 Courthouse Way, Suite 9200
                                    Boston, MA  02210