# Law Offices of Michael F. Natola
_____

240 Commercial Street, Suite 2B  Tel.  (617) 367-8844
Boston, Massachusetts  02109  Fax   (617) 523-5153
  E-mail  MFNatola@aol.com

March 11, 2005

David G. Tobin, Esquire
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, Massachusetts  02210

Re:  Criminal No.  04-CR-10288 RWZ
  *United States v. Jared Knowlton*

Dear Mr. Tobin:

This is a supplemental request for discovery pursuant to Local Rule 116.3.

The defendant respectfully demands that the government provide him with a bill of particulars setting forth with particularity the times, places, manner, and means of the government's accusation that "The defendant Jared Knowlton is accountable for a quantity of oxycodone that, when converted to marijuana as provided by USSG §2D1.1 (drug equivalency table), is equivalent to at least 3,000 kilograms of marijuana but less than 10,000 kilograms of marijuana.  Accordingly, USSG §2D1.1 (c) (3) applies to this defendant."

Kindly reply in writing within fourteen days of the date of your receipt hereof stating whether you agree or do not agree to furnish the information requested herein, so that I may file an appropriate motion if necessary.

Please note that after April 1st my address shall be 63 Atlantic Avenue, Boston, 02110; telephone (617) 367-1199, fax (617) 227-3384.

Thank you for your anticipated prompt attention to this matter.

Very truly yours,


MICHAEL F. NATOLA