UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>)<br>)<br>v.            )<br>)<br>)<br>JARED KNOWLTON   ) | No. 04-cr-10288-RWZ |

**MOTION FOR LEAVE TO JOIN CO-DEFENDANTS GARDNER'S AND McLEOD'S MOTIONS TO STRIKE SURPLUSAGE FROM INDICTMENT**

The defendant respectfully moves the Court for leave to join in the <u>Motion to Strike Surplusage from the Indictment</u> filed by co-defendant Archibald McLeod, Jr. on or about February 7, 2005 and by co-defendant James Gardner on or about February 15, 2055.

                        Jared Knowlton
                        By his attorney,

                        /s/ Michael F. Natola
                        _____
March 11, 2005       MICHAEL F. NATOLA
                        BBO No. 367580
                        240 Commercial Street, Suite 2B
                        Boston, Massachusetts 02109
                        Tel. (617) 367-8844
                        Fax (617) 523-5153
                        E-mail <u>MFNatola@aol.com</u>

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the foregoing motion has been served the above date electronically upon Assistant U.S. Attorney David G. Tobin.

                        /s/ Michael F. Natola
                        _____