UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| ) | |
| v.   ) | No. 04-cr-10288-RWZ |
| ) | |
| ) | |
| **JARED KNOWLTON** ) | |

### NOTICE OF CHANGE OF ADDRESS

Counsel for the defendant hereby gives notice to the Court and the Commonwealth of a change of his address to that shown below, effective immediately.

                                    Jared Knowlton
                                    By his attorney,

                                  /s/Michael F. Natola
                                  _____

March 24, 2005                  MICHAEL F. NATOLA
                                          BBO No.  367580
                                          63 Atlantic Avenue
                                          Boston, Massachusetts  02110
                                          Tel.  (617) 367-1199
                                          Fax  (617) 227-3384
                                          E-mail  MFNatola@aol.com

### CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing motion has been served the above date electronically upon Assistant U.S. Attorney David G. Tobin.

                                                        /s/  Michael F. Natola
                                                       _____