UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                           )
UNITED STATES OF AMERICA,   )
                           )
                           )
vs.                        )      **CRIMINAL ACTION**
                           )      **NO. 04-10288-RWZ**
JARED KNOWLTON,            )
        Defendant,         )
_____)

### ORDER AMENDING CONDITIONS OF RELEASE
### July 28, 2005

**SWARTWOOD, C.M.J.**

Pretrial Services has requested Mr. Knowlton's conditions of release be modified. Following a hearing on July 27, 2005, Mr. Knowlton's conditions of release are modified as follows:

1. Mr. Knowlton shall report to Ryan House in Lynn, Massachusetts for in-patient treatment and shall remain in that program until released by the personnel at Ryan House. When released from Ryan House, I will conduct a further hearing to determine further conditions for Mr. Knowlton's release;

    2.    While at Ryan House, Mr. Knowlton shall comply with all rules and regulations; and

    3.    Mr. Knowlton shall refrain from any alcohol use.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
CHIEF MAGISTRATE JUDGE