UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10288-RWZ |
| | ) | |
| CARLOS ESPINOLA, | ) | |
| JOSE MELO, | ) | |
| JOSEPH BALDASSANO, | ) | |
| MATTHEW CREAM, | ) | |
| JASON MATTHEWS, | ) | |
| JOSEPH ALLEN, | ) | |
| JONATHAN MITCHELL, | ) | |
| JAMES GARDNER, | ) | |
| PHILLIP ALBERT, JR., | ) | |
| JARED KNOWLTON, | ) | |
| ARCHIBALD MACLEOD, and | ) | |
| GIUSEPPE TORRENTE | ) | |
| | ) | |
| Defendants | ) | |

### GOVERNMENT'S MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves this Honorable Court to exclude from all Speedy Trial Act calculations the period of time from August 17, 2005 (the date of the last status conference in this case) through April 3, 2006 (the date the Court has set for trial).

The government requests that all of the time from August 17, 2005 through April 3, 2006 be excluded from the provisions of the Speedy Trial Act delay pursuant to 18 U.S.C. § 3161(h)(8)(A). The requested delay is in the interests of justice and outweighs

the best interests of the public and the defendant in a speedy trial.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                    By:  /s/ David G. Tobin
                         DAVID G. TOBIN
                         Assistant U.S. Attorney

Dated:  September 7, 2005

2