UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>)<br>)<br>v.            )<br>)<br>)<br>JARED KNOWLTON )  | No. 04-cr-10288-RWZ |

**MOTION FOR DOWNWARD DEPARTURE
AND FOR IMPOSITION OF NON-GUIDELINES SENTENCE**

The defendant Jared Knowlton respectfully moves the Court to award him a 4 level downward departure for Aberrant Behavior pursuant to U.S.S.G. §5K2.20, and to impose a non-Guidelines sentence under 18 U.S.C. §§3553(a)(1), (a)(2)(A), (a)(2)(B), (a)(2)(C), and (a)(2)(D), pursuant to the principles set forth in *United States v. Booker*, 543 U.S.220 (2005) and *United States v. Jimenez-Beltre,* 440 F3d 514 (1st Cir. *en banc* 2006).

In support hereof, the defendant relies upon the arguments set forth in his Sentencing Memorandum, §§III and IV, at pages 9-14, which is specifically incorporated herein by reference.

                                              Jared Knowlton
                                              By his attorney,

                                              /s/Michael F. Natola
                                              _____
July 8, 2006                          MICHAEL F. NATOLA
                                              BBO No. 367580
                                              63 Atlantic Avenue
                                              Boston, Massachusetts 02110
                                              Tel. (617) 367-1199
                                              Fax (617) 227-3384
                                              E-mail MFNatola@aol.com

1

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing motion has been served the above date electronically upon Assistant U.S. Attorney David G. Tobin.

      /s/  Michael F. Natola
      _____