OCTOBER 17, 2006

HONORABLE RYA W. ZOBEL
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
ONE COURTHOUSE WAY
BOSTON, MA 02210

RE: KNOWLTON v. WINN   Civil Action No. 04 -10288 -RWZ

Dear Judge Zobel:

    In reference to the above captioned case, in light of the following cases:

        BRIGGS v. WINN (ZOBEL,J.)(D. MASS 2006)
        DONNELL v. WINN (ZOBEL,J.)(D. MASS 2006)
        TODD v. WINN (TAURO,J.) (D. MASS 2006)
        TAHAJIAN v. WINN (TAURO,J.) (D. MASS 2006)
        HUMISTON v. WINN (TAURO,J.) (D. MASS 2006)
        WHEATON v. WINN (TAURO,J.) (D. MASS 2006)
        PUTNAM v. WINN (SARIS,J.) (D. MASS 2006)
        GOODMAN v. WINN (SARIS,J.) (D. MASS 2006)

Petitioner requests an Order consistant with the above referenced cases. Petitioner anticipates that in light of the Governments decision not to file a memorandum of law opposing Petitioners challenge to the BOP's Regulations (28 C.F.R. §570.20 -21) that became effective on February 14, 2005, in BRIGGS and WHEATON , that such an immediate Order would be justified.

                                                                 Very Truly Yours,

                                                                 Jared C. Knowlton
                                                                 25288 -038   UNIT I
                                                                 PO Box 879
                                                                 FPC, DEVENS
                                                                 AYER, MA 01432